FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DISTRICT COURT OF CENTRAL CALIFORNIA
OFFICE OF THE CLERK : Hon Chief Judge
255 E. Temple ST #180 Los Angeles, CA 90012
February 9, 2020

by State action

August 9, 2019, Final Judgment within Ten days for Five millions dollars cash only by victims, properly, admitted, admission, ratifying — please, today, for one time relief

— Review by U.S. Supreme Court —

by State laws, ratified
50% consolidated or merged

YOUNG YIL JO, KUM NAM LEE,
KRYSTOF ZAWADZKI, Hui Chung Jo

PETITIONERS

v.

CV20-1377-GW (KS)

SIX UNKNOWN NAMES AGENTS OR
MR. PRESIDENT OF THE UNITED STATES
DONALD TRUMP AND DEP HUD, PROLAND
MANAGEMENT AND MAYOR MR. ERIC GARCETI
CITY OF LOS ANGELES CALIFORNIA AND
PRESBYTERIAN WILSHIRE CHURCH

RESPONDENTS

"a Conclusion of the law"

ATIONS BY LAW BY JURY TAX PAYERS

I WOULD LIKE PROPOSE TO REVIEWS
UNDER 42 USC 1983-A CIVIL RIGHTS ACTION
CHIEF JUSTICE: JOHN ROBERTS UNDER DUE
FBI PROCESS EQUAL RIGHTS NO DISCRIMINATES
MENTAL DAMAGES OR ILLEGAL FOR PRICE OR
NATIONAL ORIGIN THE WRIT OF CERTIORARI
THE WRIT OF ATTACHMENT GARNISHMENT OF only 20% of each
AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS
DOLLARS TO YOUNG YIL JO, KUM NAM LEE,
KRYSTOF ZAWARDZKI FOR EACH BECAUSE WE HAD
APPLIED LOW INCOME OR SECTION 8 FOR AID
APPARTMENT BUT DENIED NO EQUAL RIGHTS VIOL
50% LOS ANGELES 50% SEOUL KOREA

Young hil Jo immediately citizenship papers by Jury

PRO SE   CLAIM BY   YOUNG YIL JO #9345, KUM NAM LEE, KRYSTOF ZAWAD
ZKI FOR TAX PAYER OF EACH, FOR FOR EACH AMOUNT OF SAME 50% Reduced to 20%

a writs of Election

cc, DEPARTMENT OF HUD
300 N LOS ANGELES ST #4054
LOS ANGELES CA 90012
213-894-80000

pPROLAND MANAGEMENT (2)
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

WILSHIRE PRESBYTERIAN CHURCH
300 S WESTERN AVE
LOS ANGELES CA 90020

DATE:
MAY 13, 2019
or July 9, 2019

YOUNG YIL JO 2629 W 8TH ST#301
LOS ANGELES CA 90057 AND

kum nam lee 213-909-5927
5155 MARATHON ST APT #106
LOS ANGELES CA 90038-4020 AND

KRYSTOF ZAWADZKI 562-507-6716
360W OCEAN BLVD #304
LONG BEACH, CA 90802 FOR CITIZEN PAPERS

"Promptly immediately determination" "For leave, equal properly, appropriate admission admitted" Aug 18, 2019

(3) SUBJECT: ADDITIONAL: METRO SUBWAY SYSTEM'S FEE'S OR FARE
IS 3 KINDS OF $1, 75¢, 75¢, 35¢ BUT 35¢ IS AGED OR SICK
PERSONS BUT TIME LIMIT IS 10AM TO 3PM FOR WITHOUT RUSH
HOURS ONLY NO TIME LIMIT NO DISCRINATION IS AGAINST LAWS

(4) Final decrees for the within Ten days by Jury. 4/30/19

DATE: JUNE 10, 2019   ADDITNAL OTHERWISE: NO RESTRICTION NO DISCRIMINATION
Know or condone
IN THE CHURCH FOR FOOD PANTRY SERVICE BUT NO INTERFERING FOR EXCHANGE HABITUAL
FOR PRIVATE rights, no any without notice for a Young Minister 6/10/19

— more attached evidence

(3) no CalFresh program denied, reason for no citizenship papers, this is no discrimination, Equal rights violation under laws by old wilshire special office 2415 w 6th st Los Angeles, CA 90057-3123 for food stamp

6/27/19

U.S. DISTRICT COURT OF Central California
OFFICE OF THE CLERK : Hon Chief Judge
255 E. Temple ST #180, Los Angeles, CA 90012
February 9, 2020

(8)(9) no dismissed or no denyed and for equal rights absolutely by Jury. December 26, 2019 Relief admitted, ratifying

50% cease and desist order
— consolidated — merged —

YOUNG YIL JO
KUM NAM LEE, Krystof Zawadzki
PETITIONERS

V.

SIX UNKNOWN NAMES AGENTS
OR MR. PRESIDENT OF THE
UNITED STATES DONALD TRUMP
AND DPT HUD, PROLAND MANAGEMENT
and Los Angeles, CA. Mayor Mr. Eric Garceti
RESPONDENTS

I WOULD LIKE PROPOSE TO REVIEW
UNDER 42 USC 1983 A CIVIL RIGHT
ACTION CHIEF JUSTICE: JOHN ROBERTS
UNDER DUE PROCESS EQUAL RIGHTS
NO DISCRIMINATION
MENTAL DAMAGES OR ILLEGAL FOR PRICE
OR NATIONAL ORIGIN
A WRIT OF CERTIORARI
A WRIT OF ATTACHMENT GARNISHMENT OF
$ 50% reduced
AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO
Kum Nam Lee, Krystof Zawadzki of each
BECAUSE I HAD BEEN APPLIED LOW INCOME OR SECTION 8 FOR AID APPARTMENT
BUT DENYED NO EQUAL RIGHT VIOLATION BY LAW BY JURY TAX PAYER

Review by U.S. Supreme Court

50% LOS ANGELES
50 % SEOUL KOREA

Young Yil Jo

A PRO SE    A CLAIM BY YOUNG YIL JO #9345

cc; DEPARTMENT OF HUD
300 N LOS ANGELES ST # 4054
LOS ANGELES, CA 90012
213-894-8000

PROLAND MANAGEMENT
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

2629 W 8TH STREET #301
LOS ANGELES CA 90057
AND KUM NAM LEE 213 909-5927
5155 MARATHON ST APT # 106
LOS ANGELES CA (90038-4020
and Krystof Zawadzki : 562-507-6716
360 W Ocean Blvd #304
Long Beach, CA 90802
For citizenship papers

DATE:

(left margin) December 24-31, 2019 no invasion of privacy for wrongful intrusion mental suffering damages charge one million dollars by Jury

born December 25, 2019 no delay. If more than 2019 year of penalty charge amount is additional Ten millions dollars by Jury trial immediately ratifying

Subject: Additional: Metro Subway System's Fee's or Fare is 3 Kinds of $1.75¢, 75¢, 35¢ But 35¢ is aged or sick persons But Time Limit is 10 AM To 3 PM For without Rush Hours only no Time Limit no discrimination against Laws 4/30/19

United States District Court of Central Illinois
Office of the Clerk, Senior Judge: Hon. Harold A. Baker
August 31, 2012

RECEIVED
SEP – 4 2012
U.S. CLERK'S OFFICE
URBANA, IL

Angelo Marrissette
a Petitioner

v.

Six unknown names Agents
or Mr President of the
United States Barack Obama
Respondents

under 42 USC 1983 Civil Rights action
with the writ of summons and Complaint
by Federal or the law of the State, a granted a permitted
Chief Justice: John Roberts, Attorney General Eric Holder
under Due Process, Equal Protection, en banc, a question, note no forged
a pleader is am entitled to relief for a review writ of election
we granted certiorari and now reversed, amended, are
a petition for a writ of review on a writ of certiorari to a writ of Judgment granted

an application by a party no discrimination his compensation terms conditions racial color religion sex or national origin no good time loss no misconduct, freedom of First Amendment the rights of Fourth Fifth Eighth Eleventh and Fourteenth amendments nor searches and seizures nor cruel and unusual punishment inflicted and no excessive fine nor deprived life liberty property no deportation no witness testimony to obtain his conviction accused fraud false arrest no assume presumptions innocency dismiss denied disregard not a claim for damages really dismiss no call himself really as no entrapment no enhancement sentence no conspiracy charge no no effective assistance counsel no pled guilty by threaten no waiver by custody expunge of criminal records by Executive Order for Mr President of the United States Barack Obama Pardon no lawsuits by felony burglary robbery murder drugs maker inadequate medical care need destitute terrible pain unhappy depress mental intured victims personal intured no refuse to treat brain tumor no return legal mail undelivered no no restriction order no court fee by law service required to permitted accused no fee no sue any right American Citizen card benefits welfare medicate full cover enough sufficient no a state comment attachment garnishment in equity an ownership amount of damages is one billion dollars to Angelo Marrissette 12697-026 deposit in the Bank no tax later parlor one hundred millions dollars donate to Pentagon, in equity relief pay in full within Ten days served to Congress and Solicitor General an adopted appointed approved admission a granted entitled later amend a result or one to five years Treasury notes secured no forged a most claim authorized proper reasonable match more required to Amendment motion for summary judgment injunctive relief himself alone sufficies a Pro Se a conclusion public publication terminate today a final determination the Judgment now reversed and remanded no delay fraud moral conscience Fair current writ of mandamus writ of judgment no continue fraud no confind in prison Eighth Amendment violation an establish a speedy appropriate a legislative a rehearing a reconsideration a claimant possess promptly an individual personally one vote remedy end of next day immediately determination immediately release by Supreme Court of the United States Equal rights amendments required property in equity sequestration no treaty writ of habeas corpus writ of review writ of return writ of replevin by jury of receipt discharge constructive

a prayer  a most state a claim for Angelo Marrissette 12697-026  a Pro Se, a Petitioner
The name of required by jury
an interest rate allowed by law  in cases at the same rate  granted in the most know of possession equitable ownership becomes legal ownership equitable estate and is entitled to possession enforced in equity uniform a remedy commensurate concurrent a ownership adopted similar timely remedy for the same facts no intentionally fraud a suit in equity to compel to other find to obtain final determination to the title no legal force no force him to sign the paper and by jury  for new concurrent subsequent

Andrew Suh
B 72067
2600 N. Brinton Ave
Dixon, IL 61021
Pro Se

Andrew Suh
A petitioner
V.
Six unknown names agents
Or Mr president of the
United States Barack Obama
Respondents
OR Donald Trump
MR. President of U.S.

Supreme Court of the United States
Office of the Clerk: Hon Chief Justice: John Roberts
November 1, 2018

I would like to propose review

Social Security
The least minimum
Tax payer, Resale to 10%
Social Security

Under 42 usc 1983 a civil rights action own solely Five yearly payments with a writ of summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due processequal rights en banc pass a resolution a pleader injury entitled to redress requiredattained confirmed a petition for a writ of certiorari and approval of a review of his conviction and a remanded a decision a recover on a theory persi st insist firmly for injury equal rights sooner innocent Taxpayer not cruel custody in prisons Plus triple damages or illegal discrimination include price by jury trial Entering one lump sum a limit one

An adopted in full a proper a writ of execution attachment a petition for reconsider a foreign state an application by a party to a determination naturalize a reasonable amount total real to redress a prompt pay in full within ten days pay duties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garnishment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to Andrew Suh B 72067 innocent Deposit in the bank a taxpayer an equity pay in full within ten days for a determination a motion to nullify a judgment of his conviction and a remanded one to Illinois treasury notes for a determination a selected by supreme court of the united states or Mr. president of the united states Barack Obama a privilege a pardon an amnesty a bill of possession guarantee a right in union I am injured to redress required real obtain secure exact realized attained confirmed solely own by jury trial of receipt immediately a disposition a settlement an earlier an amended a properly a valid a treaty a petition for reheaing an order a policy a rule a qualification a reinstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for summary judgment an agreement 10% Donate to Pentagon

a a a a
a prayer a claim by Andrew Suh B72067 a pro se required
name of party

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a petition for a writ of habeas corpus a decision in habeas corpus a case cases claims a key actual once a claim for relief to more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of rights a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an immediately determination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc d. f. conclusion of suit his A.H. n other proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption no racial discrimination in good faith good conscience unnecessary delay unconstitutional detention torture an innoce nt families in America reside in America no deportation no attempt or conspiracy charged no alleged misconduct an appropriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for panel reconsider a redress required a classes actions 30 days deadline guarantee a stay by jury prompt jurisdiction grounds motions issues parties pleadings amendments claim for relief enough pleader is entitled to relief adopted all others pleadings same pleadings result matters all parties raise others relief may equal protection all other amendments a party a party may amend same remedies by democratic guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief by jury in immediately and immediately release from custody under Constitution innocent
I had Two Hundreds years murder crime Sentenced This is 8th Amendment violation Unconstitutional also an inmate confined in an institution and room search for illegal a petition for a writ of certiorari to a writ of review immediately a review to a writ of judgment for conviction by U.S. Supreme Court or 3 Judges immediately for unconstitutional no more discriminate sentence innocent by jury consideration no infringe custody sanctions an important federal question an important matter no 200 years sentence immediately release by jury, 28 usc 1746 1915.H. Injunction Bona Fide purchaser at any time Decrees Rendered, knew of, condoned, Amicus Curiae innocent purchaser in good faith purchaser Conveyance

PROLAND MANAGEMENT
2510 W. 7TH STREET
LOS ANGELES, CA 90057

LOS ANGELES
CA 900
30 OCT '18
PM 1 L

To: Jo, Young-Yil
2629 W 8th St. #301
Los Angeles, CA 90057

90057-387476

02 1P
0001985309  OCT 29 2018
MAILED FROM ZIP CODE 90057
UNITED STATES POSTAGE
$ 000.47⁰
PITNEY BOWES

## Notice – Application Rejection Section 8

Date: 10-29-18

| Property Name: | | Telephone: | |
|---|---|---|---|
| Address: | | Fax: | |
| Address 2: | | TTD/TTY: | 711 National Voice Relay |
| Property Web Site | | Email | |

TO:

| Name: | Jo, Young Yil | # 9345 |
|---|---|---|
| Address: | 2629 W 8th St. # 301 | |
| City, State, Zip | Los Angeles, CA 90057 | |

Response required by: 11-5-18

Dear: Jo, Young Yil

We would like to take this opportunity to thank you for your interest in our community. However, we regret to inform you that your application has been denied for the reason(s) marked below:

☐ The application is not complete or documents are missing
☐ Record of eviction, for lease violations, from any property managed by ____
☐ Record of eviction, for lease violations, from any property within the last three years
☐ Outstanding balances owed to prior landlords
☐ Outstanding balances owed to utility providers
☐ No unit of the appropriate size exists on the property
☐ Failure to meet the HUD indicated eligibility requirements for the assistance program/property
☐ Failure to provide adequate documentation to verify the Social Security Number for a household member who is not exempt from the SSN disclosure requirements
☒ Failure to provide required information related to citizenship or non-citizen eligibility
☐ Failure to meet the applicant screening requirements
   ☐ Criminal History
   ☐ Landlord History
   ☐ Credit History

*We regret to inform you that your application has been declined. This action was in whole or in part the result of information contained in a credit report. This report was supplied by*

   credit provider
credit provider address,
credit provider address,
1-800- credit provider 800 number
   477-5977

*You have a right to obtain a free copy of a report by making a written request to the credit provider indicated above within 60 days of your receipt of this letter. You also have a right to dispute the accuracy or completeness of any consumer report furnished by them.*



## Notice – Application Rejection Section 8

- ☐ Refusal to sign appropriate verification documents
- ☐ Misrepresentation
- ☐ Fraud
- ☐ Failure to respond to management inquiries for additional information
- ☐ Failure to respond to management inquiries while on the waiting list
- ☐ Failure to provide information about changes to the household or household members
- ☐ Inability to contact the applicant via US Mail (letters undeliverable or returned) and/or by phone (number disconnected or changed)
- ☐ Inability to pay the first month's rent
- ☐ Inability to pay the security deposit
- ☐ Inability to establish utilities in the unit
- ☐ Owing prior landlords
- ☐ Refusal of two unit offers

☐ Other _____

If you disagree with this determination, you may request a meeting to discuss/appeal the rejection. Reasons to appeal include:

- You believe the decision has been made in error
- You believe there are extenuating circumstances that should be considered
- You or a member of your household is a victim of abuse covered by the Violence Against Women Act and you feel your status as a victim contributes to the decision to deny – You will be required to complete and submit HUD Form 91066 to certify status as a victim
- You or a member of your household is a person with a disability, and you believe a reasonable accommodation would allow us to continue processing the application
- Your household was rejected because the application includes someone who is a registered sex offender and you wish to remove that household member

You must make the request to appeal the denial in writing by the response date indicated above, which is fourteen (14) calendar days from today's date. The owner/agent will accept the request in an equally effective manner, as a reasonable accommodation, if there is the presence of a disability. Such requests are to be submitted to the property management office. If we do not receive a written request from you within fourteen (14) days, the rejection will be considered final.

Any staff person engaged in the initial review will not be involved in the appeal. You may bring a representative of your choice to assist you in the appeal meeting. You have the right to request a reasonable accommodation to:

- Assist in facilitating your request for appeal
- To assist in your participation during the appeal meeting

HUD requires that we provide you with a final decision within five (5) business days of the meeting.



## Notice – Application Rejection Section 8

If you are disabled or have difficulty understanding English, please request our assistance and we ensure that you are provided with meaningful access based on your individual needs.

Your response to this letter does not preclude you from exercising other avenues available if you believe that you are being discriminated against on the basis of race, color, religion, sex, national-origin, familial status, or handicap.

If you are disabled or have difficulty understanding English, please request our assistance and we ensure that you are provided with meaningful access based on your individual needs.

(Si se desactivan, o tienen dificultad para entender el inglés, por favor solicite nuestra ayuda y nos aseguramos de que le proporciona un acceso significativo basado en sus necesidades individuales.)

_____
Signature of Manager
cc: Applicant File

---

*The owner/agent* does not discriminate on the basis of disability status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.

The person named below has been designated to coordinate compliance with the nondiscrimination requirements contained in the Department of Housing and Urban Development's regulations Implementing Section 504 (24 CFR, part 8 dated June 2, 1988).

Name  PROLAND MANAGEMENT
Address  2510 W. 7TH STREET
City  LOS ANGELES    State  CA    Zip  90057
Telephone - Voice
Telephone - TTY   213 - 738 - 8175

See HUD Handbook 4350.3 Revision 1, Paragraph 2-29-c-3 & 4 for information about the requirements to include this information



# SUPPLEMENTAL RESOURCE GUIDE

## Los Angeles Housing Department
*Garland Center*
1200 W. 7th Street #100
Los Angeles, CA 90017
Phone: (213) 275-3493
http://hcidla.lacity.org/

## Social Security Office
611 W. 6th Street #650
Los Angeles, CA 90017
Phone: (800) 772-1213
www.ssa.gov

## Department of HUD
300 N. Los Angeles St. #4054
Los Angeles, CA 90012
Phone: (213) 894-8000
www.hud.gov

## Legal Aid Foundation of Los Angeles
634 S. Spring St. Suite 400A
Los Angeles, CA 90014
Phone: (800) 399-4529
https://lafla.org/

## Housing Opportunities for Persons with Aids (HOPWA)
1200 W. 7th Street, 9th Floor
Los Angeles, CA 90017
Phone: (213) 808-8805
www.hudexchange.info/programs/hopwa/

## Rent Stabilization
(866) 557-RENT

## Fair Housing Hotline
(800) 477-5977

*Properly admitted.*



PRESORTED
FIRST CLASS

US POSTAGE $00.428
MAY 30 2019
ZIP 90248
02 1T
30 0 7 9 3 4

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVIC
010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

RETURN SERVICE REQUESTED

YOUNG Y JO
2629 W 8TH ST APT 301
LOS ANGELES, CA 90057-3874

EBGHSMB 90057

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

**Date:** 08/01/2019
**Case Name:** YOUNG JO
**Case Number:** LA15530
**Worker Name:** Grisel Esquivel
**Worker ID:** 19DP101W3A
**Worker Phone Number:** (213) 336-2203
**Customer ID:** 401-076-5827

# REQUEST FOR VERIFICATION FORM

010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

YOUNG Y JO
2629 W 8TH ST APT 301
LOS ANGELES, CA 90057-3874

You have asked for:  ☐ CalWORKs (CW)   ☐ Refugee Cash Assistance (RCA)   ☒ CalFresh (CF)   ☐ Medi-Cal (MC)
☐ General Relief (GR/GA)   ☐ Cash Assistance For Immigrants (CAPI)
☐ You have an appointment on _____ at _____ to see an Eligibility Worker at:

**District Name and Address**
010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

☒ We need proof from you to see if you can get (or keep getting) cash aid or other benefits. We have listed the information we need below.
We will not deny or end your benefits as long as you try to get the proof and tell us if you are having problems.

| Due Date | Item # | Item | Person | Program | Check (√) the box that applies to you |
|---|---|---|---|---|---|
| 08/12/2019 | 1 | Social Security Income | Young Jo | ☐ CW | ☐ I don't have the proof |
| 08/12/2019 | 2 | ID | Hui Jo | ☐ RCA | ☐ I tried but can't get the proof |
|  | 3 | Citizenship verfication | Hui Jo | ☒ CF | ☐ I know somebody who can verify this information |
|  | 4 | SSN verification | Hui Jo | ☐ MC | ☐ I have filled out the Release form to get help |
|  |  |  |  | ☐ GR/GA |  |
|  |  |  |  | ☐ CAPI |  |

We have listed types of proof on the back of this form. Sometimes we can accept other proof. Call the county if you have questions on whether another type of proof you have will be acceptable.

Tell your worker or call the county if you are having problems getting the proof. We can help you try to get the proof
- Give us whatever proof you do have.
- Check the box that applies to you for what you can't get, and turn this form in or call the county before the date the proof is due.
- If you need the county to help get the proof, fill out the "Authorization for Release of Information" form and return it to the county.
- **For CalWORKs only:** If there is a cost to get the proof, the county can pay the fee for you
- If proof does not exist, you may be able to sign a sworn statement instead. (A sworn statement is only allowed for certain types of proof.)
- **For CalFresh only:** If you cannot get proof someone outside of your household who knows the information (collateral contact) may be contacted by the county. (A collateral contact is only allowed for certain types of proof)

**If we do not get the proof or hear from you by the due dates listed above, we may have to deny, lower, or stop your benefits.**
You can get a receipt or confirmation for any documents you turn in to us. For your records, keep a copy of this form and any proof you mail us

CW 2200 (02/14) REQUIRED FORM - SUBSTITUTES PERMITTED

## Notice of Intent to Enter Dwelling Unit

December 28, 2019

To:  YOUNG YIL JO

2629 W 8TH ST #301

LOS ANGELES, CA  90057

THIS NOTICE is to inform you that on Dec 28~31, 2019, between the hours of approximately 9:00AM and 6:00PM, the manager and workers are expected to enter unit #301 for the following reasons:

- To repair a bathtub leak
- To replace a bathroom wall.

Please remove your belongings from the bathroom and make sure there is free space for the work. You will not be able to use the water in the bathtub while we are making the repairs. We expect the repairs to take two or three days to complete. We will do our best to make the repairs as quickly as possible.

We regret any inconvenience this may cause you, If you would like to learn more about what will be done and how it will impact you personally, please contact me or at the manager's office.

Thank you for your cooperation.

Sincerely

*[signature]*

*and she said, I Have Too much Property in The room, no interfence by Jury*

GLS PROPERTY Inc.

Young Yil Jo
01183-112
1932 E. Washington Blvd
Pasadena, CA 91104

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL
BY          DEPUTY

U.S. CourtHouse
Office of the Clerk, Hon Chief Judge
255 E. Temple St #180
Los Angeles, CA 90012



