# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CV 20-1377-GW (KS) | Date: February 26, 2020 |
| Title  *Young Yil Jo, et al. v. Six Unknown Names Agents, et al.* | |

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 11, 2020, Plaintiffs, federal prisoners proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. §§ 1981 and 1983. (Dkt. No. 1.)  The complaint is difficult to comprehend, with multiple annotations in the margins of each page, and pages prepared by different plaintiffs. (*See generally id.*)  As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on February 11, 2020, the Court notified Plaintiffs that they had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.)  More than two weeks have now passed and Plaintiffs have not responded to the Court's notification.  Accordingly, because Plaintiffs have neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiffs shall show cause, no later than March 18, 2020, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiffs must either:  (1) pay the $400 filing fee in full;**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CV 20-1377-GW (KS) | Date: February 26, 2020 |
| Title *Young Yil Jo, et al. v. Six Unknown Names Agents, et al.* | |

or (2) file the completed forms, and the necessary documentation, with the Court on or before the March 18, 2020 deadline.

Plaintiffs' failure to timely comply with this Order will result in a recommendation of dismissal of his case.

**IT IS SO ORDERED**.

                                                                                                                                        :

**Initials of Preparer**    gr