UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-1377-GW (KS)                    Date: March 12, 2020

Title      *Young Yil Jo, et al. v. Six Unknown Names Agents, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  |  |
|---|---|
| Gay Roberson | N/A |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 11, 2020, Plaintiffs, federal prisoners proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. §§ 1981 and 1983.  (Dkt. No. 1.)  On February 26, 2020, the Court found that the complaint violated Rule 8 of the Federal Rules of Civil Procedure and was subject to dismissal for failure to state claim.  (Dkt. No. 4.)  The Court also found that Plaintiff had not paid the filing fee or obtained authorization to proceed without prepayment of fees.  (*Id.*) Accordingly, the Court ordered Plaintiffs to show cause why the action should not be dismissed; and directed Plaintiffs that, to discharge the Court's order, they were required to either pay the filing fee in full, or file the completed forms and necessary documentation with the Court to obtain *in forma pauperis status*.  (*Id.*)

On March 4, 2020, Plaintiffs filed a First Amended Complaint, which, like the initial complaint, is difficult to comprehend, with multiple annotations in the margins of each page and pages prepared by different plaintiffs.  (Dkt. No. 5.)  As such, the First Amended Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted.  *See* Fed. R. Civ. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Nevertheless, in the interests of justice, the Court grants Plaintiffs one <u>final</u> opportunity to file a valid First Amended Complaint.  **To that end, IT IS HEREBY ORDERED that**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-1377-GW (KS)                                    Date: March 12, 2020

Title    _Young Yil Jo, et al. v. Six Unknown Names Agents, et al._

**Plaintiffs shall file a First Amended Complaint that complies with the applicable Federal Rules of Civil Procedure and Local Rules, no later than March 26, 2020.**

 Additionally, Plaintiffs have not yet paid the filing fee or filed the completed forms, with the necessary documentation, for the Court to grant _in forma pauperis_ status.  Plaintiffs were initially given until March 18, 2020 to provide the documentation requested by the Court.  In the interests of justice, IT IS HEREBY ORDERED that, for this action to proceed, **no later than March 26, 2020, Plaintiffs must either:  (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the March 26, 2020 deadline.**  The Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).

 **Plaintiffs' failure to timely comply with this Order will result in a recommendation of dismissal of their case.**

 **IT IS SO ORDERED**.

                     :

**Initials of Preparer**   gr